| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Specialized Loan Servicing LLC | Order Filed on May 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>      Evangeline Carter,<br><br>Debtor. | Case No.: 16-20476 JNP<br><br>Adv. No.:<br><br>Hearing Date: 5/26/2020 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 26, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Evangeline Carter
Case No:  16-20476 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

___

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 4789 Almond Street, Mays Landing, NJ, 08330, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Thomas Archer, Esquire, attorney for Debtors, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of May 7, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2020 through May 2020 for a total post-petition default of $3,884.26 (3 @ $1,396.95, less suspense $306.59); and

  It is further **ORDERED, ADJUDGED and DECREED** that the debtor is to make a lump sum payment in the amount of $2,842.00 immediately; and

  It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,042.26 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2020, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-20476-JNP
Evangeline Carter                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: May 26, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Evangeline Carter,    4789 Almond Avenue,    Mays Landing, NJ 08330-3451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
      Andrew Thomas Archer    on behalf of Debtor Evangeline  Carter aarcher@spillerarcherlaw.com,
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      James Patrick Shay    on behalf of Creditor    CALIBER HOME LOANS, INC. shay@bbs-law.com,
       jpshay@gmail.com
      Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
      R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
      Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
                                                                                                                                                                     TOTAL: 9