| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Evangeline Carter<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9234<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–20476–JNP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Evangeline Carter
aka Evangeline Cave, aka Evangeline Cave–Carter

9/13/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 16-20476-JNP

Evangeline Carter                                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evangeline Carter, 4789 Almond Avenue, Mays Landing, NJ 08330-3451 |
| 516206761 | + | Household Bank, POB 30281, Salt Lake City, UT 84130-0281 |
| 516206762 | + | Quantum 3/Galaxy International, POB 788, Kirkland, WA 98083-0788 |
| 519304101 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 8011, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 519276549 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519276550 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518153907 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518721907 | + | Specialized Loan Servicing LLC, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516206755 | + | EDI: GMACFS.COM | Sep 15 2021 00:58:00 | Ally, POB 380902, Bloomington, MN 55438-0902 |
| 516206756 | + | EDI: GMACFS.COM | Sep 15 2021 00:58:00 | Ally Financial, POB 130424, Roseville, MN 55113-0004 |
| 516206757 | | EDI: BANKAMER2.COM | Sep 15 2021 00:58:00 | Bank of America, POB 15726, Wilmington, DE 19886 |
| 516433568 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 14 2021 21:10:00 | CALIBER HOME LOANS, INC., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 516206758 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 14 2021 21:10:00 | Caliber Home Loans, POB 24330 OKC, Oklahoma City, OK 73124-0330 |
| 516206759 | + | EDI: CAPITALONE.COM | Sep 15 2021 00:58:00 | Capital One, POB 70884, Charlotte, NC 28272-0884 |
| 516354158 | + | Email/Text: bncmail@w-legal.com | Sep 14 2021 21:10:00 | CarePoint Health - Physican CHMG, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516206760 | | EDI: DISCOVER.COM | Sep 15 2021 00:58:00 | Discover, POB 15410, Wilmington, DE 19850 |
| 516220627 | | EDI: DISCOVER.COM | Sep 15 2021 00:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516435038 | | EDI: PRA.COM | Sep 15 2021 00:58:00 | Portfolio Recovery Associates, LLC, c/o Bank Of America, POB 41067, Norfolk VA 23541 |
| 516434478 | | EDI: PRA.COM | Sep 15 2021 00:58:00 | Portfolio Recovery Associates, LLC, c/o Capital |

Case 16-20476-JNP    Doc 85    Filed 09/16/21    Entered 09/17/21 00:24:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 516206763 | EDI: TFSR.COM | | Sep 15 2021 00:58:00 | Toyota Financial, POB 5855, Carol Stream, IL 60197 |
| 516355565 | EDI: BL-TOYOTA.COM | | Sep 15 2021 00:58:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516206764 | + EDI: AIS.COM | | Sep 15 2021 00:58:00 | Verizon, Attn: American Infosource, POB 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516243008 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518153908 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518939064 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519304100 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Evangeline Carter aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor CALIBER HOME LOANS INC. shay@bbs-law.com, jpshay@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com |
| R. A. Lebron | on behalf of Creditor CALIBER HOME LOANS INC. bankruptcy@fskslaw.com |
| Sindi Mncina | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 24

on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com

TOTAL: 8